IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 1:13-CR-55 (21) |
| | § | JUDGE MICHAEL TRUNCALE |
| | § | |
| | § | |
| ARTEMIO BLANCO | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the undersigned is the Defendant, Artemio Blanco's, *Pro Se Motion for Compassionate Release* pursuant to 18 U.S.C. 3582(c)(1)(A) [dkt. #1446]. Pursuant to 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. #1458], this motion was referred to United States Magistrate Judge Zack Hawthorn. Judge Hawthorn issued a report recommending that Blanco's motion be denied without prejudice. [Dkt. #1461.]

The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Blanco's P*ro Se Motion for Compassionate Relief* [dkt. #1446] is DENIED WITHOUT PREJUDICE.

**SIGNED this 14th day of November, 2024.**

Michael J. Truncale
United States District Judge